

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2021

No. 04-21-00396-CV

**CONTINENTAL HOMES OF TEXAS, L.P. D/B/A EXPRESS HOMES**,
Appellant

v.

Giancarlo **PEREZ** and Krystle Perez,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-10075
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is granted. We order appellant's brief due November 1, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court